UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DANIELA WINSTEAD | : | CASE NO.  A18-69251-WLH |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING THE MOTION TO DISMISS HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Motion to Dismiss Hearing held on December 2, 2020:**

As to whether Debtor paid $365.00 to the Trustee

As to whether Debtor filed an Employer Deduction Order

As to whether Debtor filed a Post – Confirmation Plan Modification

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee Recommends Dismissal because:

The Debtor has failed to file a Post – Confirmation Plan Modification

*Please enter an Order of Dismissal.*

This the 29th day of December, 2020.

　　　　　　　　　　　___/s/_____
　　　　　　　　　　　Ryan J. Williams
　　　　　　　　　　　Attorney for Chapter 13 Trustee
　　　　　　　　　　　GA Bar No. 940874
　　　　　　　　　　　303 Peachtree Center Ave., NE
/jn　　　　　　　　　　Suite 120
　　　　　　　　　　　Atlanta, GA  30303
　　　　　　　　　　　678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A18-69251-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Motion to Dismiss Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DANIELA WINSTEAD
1813 ST IVES CROSSING
STOCKBRIDGE, GA  30281

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Motion to Dismiss Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 29th day of December, 2020.

/s/_____
  Ryan J. Williams
  Attorney for the Chapter 13 Trustee
  State Bar No. 940874
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201